IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY E. BALDWIN,

    Plaintiff,          JUDGMENT IN A CIVIL CASE

v.

                 Case No. 15-cv-752-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

    Defendant.

---

  This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

  IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Mary E. Baldwin attorney fees and costs in the amount of $5,570.36 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


| s/ V. Olmo, Deputy Clerk | 7/18/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |